Dismissed by Supreme Court, October 6, 2014

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-7572**

———————

CHAUNCEY A. WILLIAMS,

        Plaintiff - Appellant,

    v.

E. DAY, Food Service Manager, N.C.C.,

        Defendant – Appellee,

    and

G. K. WASHINGTON,

        Defendant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. T.S. Ellis, III, Senior District Judge. (1:12-cv-01129-TSE-TRJ)

———————

Submitted: January 23, 2014      Decided: January 27, 2014

———————

Before WILKINSON and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Chauncey A. Williams, Appellant Pro Se. John Michael Parsons, Assistant Attorney General, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chauncey A. Williams appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Williams v. Day, No. 1:12-cv-01129-TSE-TRJ (E.D. Va. Nov. 26, 2012 & filed Aug. 14, 2013, entered Aug. 15, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED